# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JARRED DILLABER,

        Petitioner,

   v.                                            Case No. 16-C-761

UNITED STATES OF AMERICA,

        Respondent.

## ORDER DIRECTING RESPONSE

On September 13, 2016, this court directed the United States to file a response indicating its position with respect to this § 2255 petition. No response has been received. The government is hereby granted until October 25, 2016 to respond. The Petitioner may file a reply by November 5, 2016.

**SO ORDERED** this 11th day of October, 2016.

                                          /s William C. Griesbach
                                          William C. Griesbach, Chief Judge
                                          United States District Court